IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONNA SMITH,

    Plaintiff,

vs.                      CASE NO. 3:10cv262/RS-CJK

MICHAEL A. ADKINSON, JR., in his
official capacity of Sheriff of Walton
County, Florida,

    Defendant.
_____/

## ORDER

Before me is the Notice Of Dismissal With Prejudice (Doc. 33).

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on April 8, 2011.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**